E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
emhlaw@aol.com
TELEPHONE:  559-248-0900
FACSIMILE:   559-248-0901

Attorney for Defendant, GERALD D. CHANDLER

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　V.<br><br>GERALD D. CHANDLER,<br><br>　　　　　Defendant. | Case No.: 1:14 CR 00261 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER** |

　　　　The Plaintiff United States of America, by and through its Counsel of Record Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant U.S. Attorney and, E. Marshall Hodgkins, Attorney of Record for Defendant Chandler hereby stipulate as follows:

1. By previous order this case was set for a Change of Plea which occurred in front of Federal District Judge Lawrence O'Neill on January 26, 2015.
2. Sentencing was, and currently is set for Monday, May 11, 2015 at 8:30 a.m. in Judge O'Neill's Courtroom.
3. The parties agree and stipulate, and request that the court find the following:
    a. Additional time is needed by the Defendant Gerald D. Chandler to finalize certain immigration issues which are currently pending. (This information was known to the parties at the time that the plea was entered into). It is

estimated that this process will take another five to six months to complete.

    b. For the above reasons the parties have agreed to continue the date for sentencing to November 9, 2015 at 8:30 a.m. in Judge O'Neill's Courtroom.

IT IS SO STIPULATED.

Date: 5/1/15                                /s/ Laurel J. Montoya
                                             **LAUREL J. MONTOYA,**
                                               **Assistant United States Attorney**

Date: 5/1/15                                /s/ E. Marshall Hodgkins
                                               **E. MARSHALL HODGKINS,**
                                               **Attorney of Record for**
                                               **Defendant Chandler**

**ORDER**

Pursuant to the parties' Stipulation, the SENTENCING, currently set for May 11, 2015 is continued to November 9, 2015 at 8:30 a.m. No further continuances.

IT IS SO ORDERED.

Dated:   **May 2, 2015**                         /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE