HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GERALD CHANDLER, Defendant. | Case No. 1:14-cr-00261 LJO **APPLICATION AND [PROPOSED] ORDER RE-APPOINTING CJA PANEL COUNSEL MARSHALL HODGKINS** |

Defendant, Gerald Chandler, through the Federal Defender for the Eastern District of California, hereby requests re-appointment of CJA Panel Counsel Marshall Hodgkins.

On December 5, 2014, defendant was charged with a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) ~ Manufacturing and Cultivating Marijuana (Doc. 29). On January 26, 2015, defendant pled guilty to count 1 (Doc. 36). On November 16, 2015, defendant was sentenced to 18 months custody, $100 special assessment, and 36 months supervised release (Doc. 42). To that end, Mr. Chandler wishes to seek early termination of his supervised release. It is our understanding that USPO Adrian Garcia is supportive of early termination.

Therefore, after reviewing his Financial Affidavit, and for continuity of counsel, it is respectfully recommended that CJA Panel Counsel Marshall Hodgkins be re-appointed to assist Mr. Chandler.

DATED: October 24, 2018

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

//

# ORDER

Having satisfied the Court above, CJA Panel Counsel Marshall Hodgkins is hereby re-appointed pursuant to 18 U.S.C. § 3006A.

DATED: October 25, 2018

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge