IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>GERALD D. CHANDLER,<br><br>                   Defendant. | Case No.: 1:14-cr-00261-001 LJO<br><br>ORDER GRANTING EARLY RELEASE FROM PROBATION |

    The Defendant has requested an early release from Probation. Neither the Government nor Probation objects. The request is GRANTED, and the Defendant's Probation is hereby terminated.

IT IS SO ORDERED.

    Dated: __**March 7, 2019**__                       __/s/ Lawrence J. O'Neill__
                                                                           UNITED STATES CHIEF DISTRICT JUDGE